UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES for the use of
D.D.S. INDUSTRIES, INC.,

    Plaintiff,

vs.

NAUSET CONSTRUCTION CORPORATION, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND LEIDOS ENGINEERING, LLC,

    Defendants.

Civil Action No: 1:16-cv-12009-NMG

**CORPORATE DISCLOSURE STATEMENT OF LEIDOS ENGINEERING, LLC**

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Leidos Engineering, LLC discloses as follows:

1) Leidos Engineering, LLC is wholly-owned by the R.W. Beck Group, Inc.

2) No publicly held corporation owns more than 10% of the stock of Leidos Engineering, LLC.

    Respectfully submitted,

    LEIDOS ENGINEERING, LLC,

    By their attorneys,

    */s/ Peter D. McCarthy*
    William M. Hill, BBO #546160
    Peter D. McCarthy, BBO# 670059
    MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
      AND POPEO, P.C.
    One Financial Center
    Boston, MA  02111
    Tel: (617) 542-6000
    Fax:  (617) 542-2241

Email: wmhill@mintz.com
Email: pdmccarthy@mintz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2018, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Peter D. McCarthy*
Peter D. McCarthy