UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 16-12009-NMG

| | |
|---|---|
| UNITED STATES for the use of D.D.S. INDUSTRIES, INC., <br><br>  Plaintiff, <br><br> v. <br><br> NAUSET CONSTRUCTION CORPORATION, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and BENHAM DESIGN, LLC, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| BENHAM DESIGN, LLC, <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> LEIDOS ENGINEERING, LLC, <br><br>  Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL OF THIRD-PARTY COMPLAINT PURSUANT TO RULE 41(c)(1)**

Pursuant to Rule 41(c)(1) of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff Benham Design, LLC ("Benham"), hereby gives notice that the above-captioned third-party action is voluntarily dismissed, with prejudice, against Third-Party Defendant Leidos Engineering, LLC ("Leidos").[1]

---

[1] On October 25, 2018, this Court granted Leidos's motion to sever the third-party action and transfer it to the United States District Court for the District of Delaware. (DE-107.) Notwithstanding the Court's order, the third-party action has not, in fact, been transferred as of the filing of this notice. Benham submits, and Leidos agrees, that the Court's order transferring the third-party action should be regarded as moot in light of the filing of this notice.

Respectfully submitted,

**HINCKLEY, ALLEN & SNYDER LLP**

By: */s/ John P. Connelly*
John P. Connelly (BBO #546670)
28 State Street
Boston, MA 02109
Telephone: 617-345-9000
Facsimile: 617-345-9020
Email: jconnelly@hinckleyallen.com

**GUNSTER, YOAKLEY & STEWART, P.A.**

By: */s/ David M. Wells*
David M. Wells
Florida Bar No. 0309291
225 Water Street, Suite 1750
Jacksonville, FL 32202
Telephone: 904-354-1980
Facsimile: 904-354-2170
Email: dwells@gunster.com

Timothy J. McGinn
Florida Bar No. 1000377
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010
Email: tmcginn@gunster.com

*Attorneys for Defendant Benham Design, LLC*

Dated: December 21, 2018

CERTIFICATE OF SERVICE

I, John P. Connelly, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 21, 2018.

*/s/ John P. Connelly*
John P. Connelly

2

58305641 074411/0177372