# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES for the use of
D.D.S. INDUSTRIES, INC.,

                Plaintiff,

v.

NAUSET CONSTRUCTION CORPORATION,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, and BENHAM
DESIGN, LLC,

                Defendants.

C.A. No. 1:16-CV-12009

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, United States for the use of D.D.S. Industries, Inc., Defendant, Nauset Construction Corp., Defendant Travelers Casualty and Surety Company of America, and Defendant Benham Design, LLC stipulate to the dismissal of this action without prejudice. All rights of appeal with respect to this action and this stipulation are waived.

                Respectfully submitted,

                Plaintiff
                D.D.S. INDUSTRIES, INC.,
                By its attorneys:

                ***/s/ Christopher D. Strang (EMK with permission)***
                Christopher D. Strang, BBO No. 664742
                cstrang@strangscott.com
                STRANG, SCOTT, GIROUX & YOUNG, LLP
                654 Beacon Street, 6th Floor
                Boston, MA 02215
                (857) 233-5534

Defendants,
NAUSET CONSTRUCTION CORPORATION,
and
TRAVELERS CASUALTY AND INSURANCE
COMPANY OF AMERICA,
By their attorneys:

 */s/ Elise M. Kuehn*
McNamara, BBO No. 557882
Elise Kuehn, BBO No. 688829
Mansooruddin Ahmed, BBO No. 695663
Lane McNamara LLP
257 Turnpike Road, Suite 240
Southborough, MA 01772

BENHAM DESIGN, LLC
By its attorneys:

 */s/ John P. Connelly (EMK with permission)*
John P. Connelly, BBO No. 546670
HINCKLEY, ALLEN & SNYDER
28 State Street
Boston, MA 02109

*/s/ Timothy J. McGinn (EMK with permission)*
David M Wells, FL Bar No. 0309291
Timothy J. McGinn, FL Bar No. 1000377
GUNSTER, YOAKLEY & STEWART, PA
600 Brickell Avenue, Suite 3500
Miami, FL 33131

Dated: June 29, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that the above document, Pursuant to Local Rule 16.1, has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered NEF participants on this 29th day of June, 2020.

                         */s/ Elise M. Kuehn*
                         Elise M. Kuehn